THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Appellant, v. THEMELIS BROS. CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT MICHELS, Appellant, v. L. SCHWORTZREICH & GOODMAN COMPANY and Another, Respondents. (Appeal No. 1.) — Order denying motion to vacate order for examination reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT MICHELS, Appellant, v. L. SCHWORTZREICH & GOODMAN COMPANY and Another, Respondents. (Appeal No. 2.) — Appeal from order denying motion for reargument dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT MICHELS, Appellant, v. L. SCHWORTZREICH & GOODMAN COMPANY and Another, Respondents. (Appeal No. 3.) — Order granting motion for resettlement reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Probate of the Last Will and Testament of JAMES RANDOLPH, Deceased. MARY HAINES, Appellant; KATHRYN V. SCANLON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM ALSBERG & COMPANY, INC., Respondent, v. HARPER MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to renewal of motion by defendant, upon proper papers, if it be so advised. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERMAN L. FLAM, Respondent, v. SAMUEL KROHNBERG and LOUIS KROHNBERG, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STELLA KAUFMAN, Respondent, v. BERNARD J. KAUFMAN, Appellant.— Order modified by reducing counsel fee to $750, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELENA PACHECA ROVIRA, Appellant, v. ANDREW BOGET, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID JAFFE, Appellant, v. RAY JAFFE, Respondent.— Order modified by reducing alimony to $40 a week and counsel fee to $250 and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WARD STEPHENS, Appellant, v. GALEN M. HARRIS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements; the bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.